UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

MAXRELIEF USA, INC.,            Case No. 1:21-cv-755
    Plaintiff,                                 McFarland, J.
                                                  Litkovitz, M.J.

vs.

JOHN O'MALEY                       ORDER
    Defendant.

This matter came before the Court on December 12, 2022 for an informal telephonic discovery conference. As discussed during the conference, the Court **ORDERS** as follows:

1. Defendant must remove the "Confidential - Attorneys' Eyes Only" designation from the Broker Letters at issue only for those brokers defendant included in the reports and spreadsheets he provided to plaintiff while working on plaintiff's behalf;

2. Defendant will provide contact information for the brokers referenced in item one above;

3. Plaintiff will provide defendant with a list of brokers referenced in the reports and spreadsheets for whom plaintiff seeks contact information;

4. Plaintiff must file a motion no later than **December 19, 2022** detailing the basis for its motion to extend the discovery and expert witness deadlines, including the authority on which it relies and the deposition testimony identified during the conference;

5. Defendant must file a memorandum in opposition no later than **December 26, 2022**; and

6. Plaintiff must file a reply memorandum no later than **December 29, 2022.**

Date: 12/13/2022

Karen L. Litkovitz
United States Magistrate Judge