IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| MAXRELIEF USA, INC., | : | Case No. 1:21-cv-755 |
| Plaintiff, | : | |
| | : | Judge Matthew W. McFarland |
| v. | : | |
| JOHN O'MALEY d/b/a JOHN O'MALEY AND ASSOCIATES, | : | |
| Defendant. | : | |

## JUDGMENT IN A CIVIL CASE

**Jury Verdict.**   This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**   **Decision by Court.**   This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED t**hat Defendant's Motion for Summary Judgment (Doc. 53) is granted and this case is terminated from the Court's docket.

Dated: January 23, 2024.                                       Richard W. Nagel, Clerk of Court
                                                                                    By: */s/ Kellie A. Fields*
                                                                                         Deputy Clerk